April 11, 2008

Mr. Vernon Childs Howerton Jr.
Looper Reed & McGraw, PC
1601 Elm Street, Suite 4100
Dallas, TX 75201
Mr. Michael L. Knapek
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, TX 75202-3748

RE: Case Number: 06-0660
 Court of Appeals Number: 05-04-00157-CV
 Trial Court Number: 01-06011-K

Style: MEDICAL CITY DALLAS, LTD.
 v.
 CARLISLE CORPORATION D/B/A CARLISLE SYNTEC SYSTEMS

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause. (Justice Hecht not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Brandy M. |
| |Wingate |
| |Mr. Jim Hamlin |
| |Ms. Lisa Matz |